IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re ANTHONY TURNER, G27511, <br> Petitioner. | No. C 14-4376 CRB (PR) <br><br> ORDER <br><br> (Dkt. #4) |

Good cause appearing, petitioner's request for an extension of time to file a petition for a writ of habeas corpus in the provided court form is GRANTED. Petitioner shall file a petition for a writ of habeas corpus in the provided court form by no later than November 28, 2014. Failure to file the requisite petition within the designated time will result in the dismissal of this action without prejudice.

SO ORDERED.

DATED: Nov. 3, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Turner, A.14-4376.eot.wpd